IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 11-07162 BKT |
| MILAGROS FONSECA SOLA | Chapter 13 |
| XXX-XX-2898 | |
| | FILED & ENTERED ON 12/27/2013 |
| Debtor(s) | |

ORDER ON ARREARS

This case is before the Court on debtor's opposition to the motion to dismiss filed by Trustee alleging that debtor has failed to comply with the confirmed Chapter 13 Plan (docket entry #66). Debtor requests time to cure the arrears.

Debtor is hereby granted thirty (30) days to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 27 day of December, 2013.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES
Trustee
F/UP