IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MILAGROS FONSECA SOLA

DEBTOR

CASE NO 11-07162-BKT

CHAPTER 13

### DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

TO THE HONORABLE COURT:

**NOW COMES, MILAGROS FONSECA SOLA,** through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated April 14, 2015, herewith and attached to this motion.

2. This Plan modification is filed to cure post-petition arrears owed to secured creditor Popular Auto LLC.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

Page -2-
Post confirmation modification of chapter 13 Plan
Case no. 11-07162-BKT13

      **RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 14th day of April, 2015.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                          Case No. **11-07162-13**

**FONSECA SOLA, MILAGROS**                      Chapter **13**
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/14/2015**                    ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION           Filed by: ☐ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **220.00** x **12** = $ **2,640.00**<br>$ **280.00** x **42** = $ **11,760.00**<br>$ **520.00** x **6** = $ **3,120.00**<br>$ ____ x ____ = $ ____<br>$ ____ x ____ = $ ____<br><br>           TOTAL: $ **17,520.00**<br>Additional Payments:<br>$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:<br><br>☐ Sale of Property identified as follows:<br><br>☐ Other:<br><br>Periodic Payments to be made other than, and in addition to the above:<br>$ ____ x ____ = $ ____<br><br>PROPOSED BASE: $ **17,520.00** | A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____<br>B. SECURED CLAIMS:<br>☐ Debtor represents no secured claims.<br>☑ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☑ Trustee pays secured ARREARS:<br>Cr. **BANCO POPULAR D**   Cr. **POPULAR AUTO**   Cr. **See Attached**<br># **Claim no. 6-2**   # **82200109522200002**   # ____<br>$ **3,057.57**   $ **1,247.18**   $ ____<br>2. ☐ Trustee pays IN FULL Secured Claims:<br>Cr. ____   Cr. ____   Cr. ____<br># ____   # ____   # ____<br>$ ____   $ ____   $ ____<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. ____   Cr. ____   Cr. ____<br># ____   # ____   # ____<br>$ ____   $ ____   $ ____<br>4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:<br><br>5. ☐ Other:<br><br>6. ☑ Debtor otherwise maintains regular payments directly to:<br>     **BANCO POPULAR D     POPULAR AUTO**<br>C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.<br>1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____<br>                ☐ Paid 100% / ☐ Other: ____<br>Cr. ____   Cr. ____   Cr. ____<br># ____   # ____   # ____<br>$ ____   $ ____   $ ____<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| **III. ATTORNEY'S FEES**<br>(Treated as § 507 Priorities)<br><br>Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,904.00** | OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*<br>* Additional Attorney's Fees: $350.00 payment for the services rendered in connection to debtor(s)' post confirmation plan and related procedures for approval, pursuant to R. 2016 (f)(3).<br>* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."<br>"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank. |

Signed: *[signature]*
        Debtor

        Joint Debtor

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**         Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

IN RE FONSECA SOLA, MILAGROS                                  Case No. **11-07162-13**
　　　　　　　　　　　　Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Trustee pays secured ARREARS:** | POPULAR AUTO | Post-Petition0002 | 1,108.00 |
| | POPULAR AUTO | x0002 Post-petition | 3,531.73 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing      BACK BOWL I LLC SERIES B            BACK BOWL I LLC SERIES C
0104-3                               WEINSTEIN & RILEY P S               WEINSTEIN & RILEY P S
Case 11-07162-BKT13                  2001 WESTERN AVE SUITE 400          2001 WESTERN AVE SUITE 400
District of Puerto Rico              SEATTLE, WA 98121-3132              SEATTLE, WA 98121-3132
Old San Juan
Tue Apr 14 15:56:52 AST 2015

BANCO POPULAR PR                     MIDLAND FUNDING LLC/AMERICAN INFOSOURCE LP    MIDLAND FUNDING LLC/RECOSER  LLC
MARTINEZ & TORRES LAW OFFICES PSC    PO BOX 4457                         25 SE 2ND AVE STE 1120
PO BOX 71375                         HOUSTON, TX 77210-4457              MIAMI, FL 33131-1605
SAN JUAN, PR 00936-8475


POPULAR AUTO                         US Bankruptcy Court District of P.R.    AEGPR
PO BOX 366818                        Jose V Toledo Fed Bldg & US Courthouse  PO BOX 364508
SAN JUAN, PR 00936-6818              300 Recinto Sur Street, Room 109        SAN JUAN, PR  00936-4508
                                     San Juan, PR 00901-1964


BANCO POPULAR DE PR                  BANCO POPULAR DE PUERTO RICO        BANCO SANTANDER
PO BOX 70100                         MARTINEZ & TORRES LAW OFFICES, P.S.C.    PO BOX 362589
SAN JUAN, PR  00936-8100             PO. BOX 192938                      SAN JUAN, PR  00936-2589
                                     SAN JUAN, PUERTO RICO 00919-3409
                                     (787)767-8244 FAX.(787)767-1183


Back Bowl I LLC, Series B            Back Bowl I LLC, Series C           EOS CCA
c/o Weinstein & Riley, P.S.          c/o Weinstein & Riley, P.S.         MONITRONICS
2001 Western Ave., Ste. 400          2001 Western Ave., Ste.400          700 LONGWATER DR
Seattle, WA 98121-3132               Seattle, WA 98121-3132              NORWELL, MA 02061-1624


GE Capital Retail Bank               ISLAND FINANCE                      Midland Funding LLC
c/o Recovery Management Systems Corp PO BOX 195369                       by American InfoSource LP as agent
25 SE 2nd Ave Suite 1120             SAN JUAN, PR  00919-5369            PO Box 4457
Miami FL 33131-1605                                                      Houston, TX  77210-4457


POPULAR AUTO                         POPULAR AUTO                        Portfolio Investments I LLC
BANKRUPTCY DEPARTMENT                PO BOX 15011                        c/o Recovery Management Systems Corp
PO BOX 366818                        SAN JUAN, PR  00902-8511            25 SE 2nd Avenue Suite 1120
SAN JUAN PUERTO RICO 00936-6818                                          Miami, FL 33131-1605


Recovery Management Systems Corporation   SANTANDER FINANCIAL D/B/A ISLAND FINANCE    WALMART
25 S.E. 2nd Avenue, Suite 1120       PO BOX 195369                       PO BOX 530927
Miami, FL 33131-1605                 SAN JUAN PR 00919-5369              ATLANTA, GA  30353-0927


JOSE RAMON CARRION MORALES           MILAGROS FONSECA SOLA               MONSITA LECAROZ ARRIBAS
PO BOX 9023884                       CONDADO MODERNO                     OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884              R12 15 STREET                       OCHOA BUILDING
                                     CAGUAS, PR 00725-2447               500 TANCA STREET  SUITE 301
                                                                         SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO        End of Label Matrix
PO BOX 186                           Mailable recipients    27
CAGUAS, PR 00726-0186                Bypassed recipients     0
                                     Total                  27
```