IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MILAGROS FONSECA SOLA

DEBTOR

CASE NO 11-07162-BKT

CHAPTER 13

### DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

TO THE HONORABLE COURT:

**NOW COMES, MILAGROS FONSECA SOLA,** through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated May 22, 2015, herewith and attached to this motion.

2. This Plan modification is filed to increase the "Proposed Base" of the Plan from $17,520.00 to $18,120.00, in order to provide for the 2012 tax refund ($261) and 2013 partial tax refund ($313).

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

Page -2-
Post confirmation modification of chapter 13 Plan
Case no. 11-07162-BKT13

   **RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 23rd day of May, 2015.

              /s/Roberto Figueroa Carrasquillo
              ROBERTO FIGUEROA CARRASQUILLO
              USDC 203614
              ATTORNEY FOR PETITIONER
              PO BOX 186
              CAGUAS PR 00726-0186
              TEL 787-744-7699 FAX NO 787-746-5294
              EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                            Case No. 11-07162-13

FONSECA SOLA, MILAGROS                   Chapter 13
                             Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 5/22/2015
☐ PRE ☑ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 220.00 | x | 12 | = $ | 2,640.00 |
| $ | 280.00 | x | 42 | = $ | 11,760.00 |
| $ | 620.00 | x | 6 | = $ | 3,720.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ 18,120.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 18,120.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,904.00

Signed: _____ /s/
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**    Cr. **POPULAR AUTO**    Cr. **See Attached**
# **Claim no. 6-2**    # **Claim 2-1**    #
$ 3,057.57    $ 1,247.18    $
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D    POPULAR AUTO**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* Additional Attorney's Fees: $500.00 payment for the services rendered in connection to debtor(s)' post confirmation plan and related procedures for approval, pursuant to R. 2016 (f)(3).
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**      Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE FONSECA SOLA, MILAGROS                                    Case No. 11-07162-13
                         Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| Trustee pays secured ARREARS: | POPULAR AUTO | Claim 7-1 | 1,108.00 |
|  | POPULAR AUTO | x0002 Post-petition | 3,531.73 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>104-3<br>Case 11-07162-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Sat May 23 11:42:00 AST 2015 | BACK BOWL I LLC SERIES B<br>WEINSTEIN & RILEY P S<br>2001 WESTERN AVE SUITE 400<br>SEATTLE, WA 98121-3132 | BACK BOWL I LLC SERIES C<br>WEINSTEIN & RILEY P S<br>2001 WESTERN AVE SUITE 400<br>SEATTLE, WA 98121-3132 |
| BANCO POPULAR PR<br>MARTINEZ & TORRES LAW OFFICES PSC<br>PO BOX 71375<br>SAN JUAN, PR 00936-8475 | MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE L<br>ATTN DEPARTMENT 1<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | MIDLAND FUNDING LLC/RECOSER LLC<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 |
| POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEGPR<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 | BANCO POPULAR DE PUERTO RICO<br>MARTINEZ & TORRES LAW OFFICES, P.S.C.<br>PO. BOX 192938<br>SAN JUAN, PUERTO RICO 00919-3409<br>(787)767-8244 FAX.(787)767-1183 | BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| Back Bowl I LLC, Series B<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Back Bowl I LLC, Series C<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste.400<br>Seattle, WA 98121-3132 | EOS CCA<br>MONITRONICS<br>700 LONGWATER DR<br>NORWELL, MA 02061-1624 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | WALMART<br>PO BOX 530927<br>ATLANTA, GA 30353-0927 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MILAGROS FONSECA SOLA<br>CONDADO MODERNO<br>R12 15 STREET<br>CAGUAS, PR 00725-2447 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | End of Label Matrix<br>Mailable recipients 27<br>Bypassed recipients 0<br>Total 27 | |